# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7006  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Jonathan R. Harwood  |  Partner  |  jharwood@tlsslaw.com

December 15, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:    Peleus Insurance Company v. Garfield Construction, LLC, et al.
             Docket No.:   22-cv-08099-PGG
             Our File No.: 0650.0147

Dear Judge Gardephe:

      This firm represents plaintiff Peleus Insurance Company ("Peleus") in the captioned matter. Peleus submits this letter on behalf of all parties to request an adjournment of the initial pre-trial conference scheduled for December 22, 2022. This is the first request for an adjournment.

      Plaintiffs recently filed their answer in this matter and, as a result, counsel have not had an opportunity to meet and confer in order to agree on a discovery schedule. In addition, the undersigned will be on vacation next week. In light of the foregoing, the parties request that the conference be adjourned to January 20, 2023. We would have proposed an earlier date but the undersigned has a medical procedure scheduled for the January 12, 2023 and will likely need a few days to recuperate.

      Thank you for your consideration of this request.

                            Sincerely,

                            *Jonathan Harwood*

                            Jonathan R. Harwood

JRH/
cc:     All Counsel of Record (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
www.traublieberman.com   CALIFORNIA

**MEMO ENDORSED:** The conference currently scheduled for December 22, 2022, is adjourned to **January 19, 2023, at 10:00 a.m.**

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Dated:  December 19, 2022