UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PELEUS INSURANCE COMPANY,

                Plaintiff,

- against -

GARFIELD CONSTRUCTION LLC and
NOONAN PLAZA HOUSING LLC,

                Defendants.

**ORDER**

22 Civ. 8099 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a conference in this matter on **Thursday, May 25, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 19, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge