**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
PELEUS INSURANCE COMPANY,

<table>
<tr><td>Plaintiff,</td><td>22 <strong>CIVIL</strong> 8099 (LTS)</td></tr>
<tr><td>-against-</td><td><strong><u>JUDGMENT</u></strong></td></tr>
</table>

GARFIELD CONSTRUCTION, LLC and NOONAN
PLAZA HOUSING, LLC,

Defendants.
------------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Order dated March 31, 2026, Plaintiff's motion for summary

judgment is granted. The Court hereby declares that Peleus is not liable for coverage of, or

obligated to defend litigation regarding, the injuries arising out of Irias and Guevara's work for

Defendants. Peleus has no obligation to defend or indemnify Defendants in the Irias Action and

may terminate and withdraw from the defense of Defendants in that Action; accordingly, the

case is closed.

**Dated:**  New York, New York

March 31, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**


**BY:**  _____
**Deputy Clerk**